Cite as 2024 Ark. 4

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS BOARD OF LAW EXAMINERS | **Opinion Delivered:** January 18, 2024 |

## PER CURIAM

Leslie Fisken of Little Rock is appointed to the Arkansas Board of Law Examiners for a six-year term concluding on January 18, 2030.  Ms. Fisken will be a representative of the Second Congressional District and replaces Cristina Monterrey, whose term has expired.

Eric "Thad" Bishop of Ashdown is appointed to the Arkansas Board of Law Examiners for a six-year term concluding on January 18, 2030.  Mr. Bishop will be a representative of the Fourth Congressional District and replaces Todd Turner, whose term has expired.

The court extends its sincere appreciation to Ms. Fisken and Mr. Bishop for accepting appointment to this important board. The court also expresses its gratitude to Ms. Monterrey and Mr. Turner for their dedicated service to the board.